Jesse Alexander
1025 10 4th Ave
Oakland, CA 94604

United States District Court
1301 Clay St, Suite 400 S
Oakland, CA 94612