Clear Form

FILED

APR 25 2022

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

C22-02548 DMR

Jesse Alexander

           Plaintiff,

vs.

Sheriff Gregory Ahern & Deputy Richard Robert Ujdur III

           Defendant.

CASE NO. To be determined

**APPLICATION TO PROCEED
IN FORMA PAUPERIS**
**(Non-prisoner cases only)**

I, Jesse Alexander, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?  Yes ___  No ✔

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____  Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

and wages per month which you received.

Matias Pavers, 02/2018 / $500 weekly, / $2000 a month.

Currently not on GA or Food stamps. In process.

_____

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

    a. Business, Profession or self employment?      Yes ____ No ✔

    b. Income from stocks, bonds, or royalties?      Yes ____ No ✔

    c. Rent payments?      Yes ____ No ✔

    d. Pensions, annuities, or life insurance payments?      Yes ____ No ✔

    e. Federal or State welfare payments, Social Security or other government source?      Yes ____ No ✔

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

_____

_____

3. Are you married?      Yes ____ No ✔

Spouse's Full Name: _____

Spouse's Place of Employment: _____

Spouse's Monthly Salary, Wages or Income:

Gross $_____ Net $_____

4.   a. List amount you contribute to your spouse's support:$ _____

    b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor

1  children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.)
2  _____
3  _____
4  5.  Do you own or are you buying a home?      Yes ___ No ✔
5  Estimated Market Value: $_____ Amount of Mortgage: $_____
6  6.  Do you own an automobile?       Yes ___ No ✔
7  Make _____ Year _____ Model _____
8  Is it financed? Yes ____ No ✔  If so, Total due: $ _____
9  Monthly Payment: $ _____
10 7.  Do you have a bank account?  Yes ___ No ✔ (Do not include account numbers.)
11 Name(s) and address(es) of bank: _____
12 _____
13 Present balance(s): $ _____
14 Do you own any cash?  Yes ✔ No ___  Amount: $ 150.00
15 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
16 market value.)                 Yes ___ No ✔
17 _____
18 8.  What are your monthly expenses?
19 Rent: $ 200                Utilities: 100
20 Food: $ 200                Clothing: 20
21 Charge Accounts:
22 Name of Account          Monthly Payment          Total Owed on This Account
23 _____          $ _____          $ _____
24 _____          $ _____          $ _____
25 _____          $ _____          $ _____
26 9.  Do you have any other debts? (List current obligations, indicating amounts and to whom
27 they are payable. Do not include account numbers.)
28 No. _____

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?   Yes ___   No ✔

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

04-19-2022

DATE                               SIGNATURE OF APPLICANT