# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

U.S. Department of Justice
United States Marshals Service

**FILED**
JUL 01 2022
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Jesse Alexander | 4:22-cv-02548-DMR |
| DEFENDANT | TYPE OF PROCESS |
| Gregory J. Ahern et al | cmp, summ, orders |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Deputy Richard Robert Ujdur
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
4985 Broder Blvd., Dublin, CA 94568

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Jesse Alexander
1025 104th Avenue
Oakland, CA 94604

| | |
|---|---|
| Number of process to be served with this Form 285 | 3+ |
| Number of parties to be served in this case | 2 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

**RECEIVED**
United States Marshal
JUN 24 2022
Northern District of
California - Oakland

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF  [ ] DEFENDANT
TELEPHONE NUMBER: 415-522-4261
DATE: 5/12/2022

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 3
District of Origin No. 11
District to Serve No. 11
Date: 6/24/22

I hereby certify and return that I [ ] have personally served, [X] have legal evidence of service, [X] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above): Juden Muldor ACSO IA
Date: 6.28.2022   Time: 11:03   [X] am  [ ] pm

Address (complete only different than shown above):
3 Park Place
Dublin, CA 94568

Costs shown on *attached USMS Cost Sheet* >>

**REMARKS**
6/28/2022 Service Accepted By ACSO IA

Form USM-285
Rev. 03/21