**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN

FILED

See *"Instructions for Service of Process by U.S. Marshal"*

JUL 01 2022

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Jesse Alexander | 4:22-cv-02548-DMR |
| DEFENDANT | TYPE OF PROCESS |
| Gregory J. Ahern et al | cmp, summ, orders |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Gregory J. Ahern
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
Santa Rita Jail 5325 Broder Blvd., Dublin, CA 94568

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW
Jesse Alexander
1025 104th Avenue
Oakland, CA 94604

Number of process to be served with this Form 285: 3+
Number of parties to be served in this case: 2
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

RECEIVED
United States Marshal
JUN 24 2022
Northern District of California - Oakland

| Signature of Attorney other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| [signature] | ☒ PLAINTIFF ☐ DEFENDANT | 415-522-4261 | 5/12/2022 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 3 | No. 11 | No. 11 | [signature] | 6/24/22 |

I hereby certify and return that I ☐ have personally served , ☑ have legal evidence of service, ☑ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time | |
|---|---|---|---|
| Judea Muldoe IA | 6/28/2022 | 1103 | ☒ am ☐ pm |

| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy |
|---|---|
| 3 Park Place Dublin, CA 94568 | [signature] |

*Costs shown on attached USMS Cost Sheet >>*

REMARKS
6/28/2022 Service Accepted By ACSO IA

*[Page contains handwritten text shown mirror-reversed through the back of the page:]*

Jagan Mallam TN
Smack Prince
Fremont, CA 99528

6/15/2022 Smack Service Acceptance by Kasa TN