1  Jesse Alexander (Pro-Se)
   Moorish Legal Services
2  1405 E. Camper Drive
   West Covina, CA 91792
3  jalexander051983@gmail.com
   (Plaintiff Pro-Se)
4

5

6
                         UNITED STATES DISTRICT COURT
7                      NORTHERN DISTRICT OF CALIFORNIA (Oakland)

8
   | JESSE ALEXANDER, | Case No.: Number: 22-CV-02548 DMR |
9  |---|---|
   | Plaintiff, | |
10 | | ADMINISTRATIVE MOTION AND |
   | vs. | PROPOSED ORDER TO |
11 | | RESCHEDULE CASE MANAGEMENT |
   | GREGORY AHERN ET AL | CONFERENCE |
12 | | |
   | Defendants | Honorable Judge: |
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ADMINISTRATIVE MOTION ANDPROPOSED ORDER TORESCHEDULE CASE
MANAGEMENTCONFERENCEHONORABLE JUDGE: - 1

MOTION TO RESCHEDULE CASE MANAGEMENT CONFERENCE

1. The Case Management Conference is currently scheduled for August 3, 2022, 6 days from today.

2. Plaintiff respectfully request that the Court move the Case Management Conference to Monday, September 26, 2022 or another date at the Court's convenience to allow Plaintiff Pro-Se Litigant time to properly prepare for the Case Management Statement. Plaintiff has experienced issues obtaining legal representation and or assistance in this case as the Northern District FED-Pro Legal Aid Workshop is out of funding for the year. Plaintiff has established contact with the National Lawyers Guild who has assured Plaintiff that they will assist in providing legal resources.  Plaintiff apologizes for any inconvenience and for the late notice.

I declare under penalty of perjury that the above statements are true and correct.

Respectfully submitted,

Dated this Thursday, July 28, 2022



Jesse Alexander
Plaintiff Pro-Se

ADMINISTRATIVE MOTION ANDPROPOSED ORDER TORESCHEDULE CASE MANAGEMENTCONFERENCEHONORABLE JUDGE: - 2