DONNA R. ZIEGLER [142415]
County Counsel
By JILL P. SAZAMA [214215]
Deputy County Counsel
Office of the County Counsel, County of Alameda
1221 Oak Street, Suite 450
Oakland, California 94612
Telephone: (510) 272-6700
Jill.Sazama@acgov.org

Attorneys for Defendants GREGORY J. AHERN
and RICHARD ROBERT UJDUR

UNITED STATES DISTRICT COURT

NORTHEN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE ALEXANDER,<br><br>    Plaintiff,<br><br>vs.<br><br>SHERIFF GREGORY AHERN & DEPUTY RICHARD ROBERT UJDUR III,<br><br>    Defendants. | Case: 22-cv-02548 DMR<br><br>**DEFENDANTS' RESPONSE TO PLAINTIFF'S REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE** |

Defendants SHERIFF GREGORY AHERN and DEPUTY RICHARD UJDUR ("Defendants") do not object to a continuance of the case management conference to the date proposed by plaintiff, September 26, 2022, or such other date thereafter as the court may have available, provided that all deadlines related to that date are also continued. Defendants are unavailable on the following dates thereafter, through November 30: October 6, 11, 25; November 1, 8, 15.

DATE:  August 1, 2022                    Respectfully Submitted,

DONNA R. ZIEGLER
County Counsel in and for the
County of Alameda, State of California

By:   */s/ Jill P. Sazama, Esq.*
    JILL P. SAZAMA
    Deputy County Counsel

    Attorneys for Defendants RICHARD UJDUR and
    SHERIFF GREGORY J. AHERN