UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE ALEXANDER,<br><br>    Plaintiff,<br><br>    v.<br><br>GREGORY J. AHERN, et al.,<br><br>    Defendants. | Case No.  4:22-cv-02548-DMR<br><br>**ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |

The court is in receipt of Plaintiff's Administrative Motion to continue the Initial Case Management Conference [Docket No. 14]. Having no objection from the Defendants, the request is granted. The Initial Case Management Conference set for August 3, 2022 at 1:30 p.m. is VACATED and CONTINUED to **October 5, 2022 at 1:30 p.m.** in Oakland, by Videoconference only before Magistrate Judge Donna M. Ryu. Parties shall file a joint Case Management Conference Statement by September 28, 2022**.**

**IT IS SO ORDERED.**

Dated: August 1, 2022

_____
DONNA M. RYU
United States Magistrate Judge