UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE ALEXANDER,<br><br>  Plaintiff,<br><br>  v.<br><br>GREGORY J. AHERN, et al.,<br><br>  Defendants. | Case No. 22-cv-02548-DMR<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE** |

On April 26, 2022, pro se Plaintiff Jesse Alexander filed suit in this Court. Plaintiff did not participate in filing a joint case management statement, and on September 29, 2022, the court ordered Plaintiff to file a separate case management statement by no later than October 3, 2022. [Docket Nos. 17, 18.] Plaintiff did not comply. Plaintiff also did not appear at the October 5, 2022 case management conference. Accordingly, the court ORDERS Plaintiff to respond by **October 19, 2022** and explain why this case should not be dismissed for failure to prosecute. Failure to respond by October 19, 2022 may result in dismissal of this action.

**IT IS SO ORDERED.**

Dated: October 5, 2022

_____
DONNA M. RYU
United States Magistrate Judge